Nos. 14-1021, 14-1031

# United States Court of Appeals
### For The District of Columbia Circuit

**MIKE-SELL'S POTATO CHIP COMPANY,**

*Petitioner and Cross-Respondent,*

v.

**NATIONAL LABOR RELATIONS BOARD,**

*Respondent and Cross-Petitioner.*

_____

**UNOPPOSED MOTION FOR EXTENSION**
_____

The parties have agreed to proceed to mediation and Petitioner requests an extension on the briefing schedule to allow mediation to occur within the next 60 days. The Respondent does not oppose this Motion. Accordingly, the Petitioner respectfully requests that the new briefing schedule be:

| | |
|---|---|
| Petitioner's Brief | August 13, 2014 |
| Appendix | August 13, 2014 |
| Respondent's Brief | September 15, 2014 |
| Petitioner's Reply Brief | September 30, 2014 |

                                      Respectfully submitted,

Dated: May 29, 2014                */s/ Eric S. Clark*
                                      Jennifer R. Asbrock  (0078157)
                                      Eric S. Clark (0071035)
                                      THOMPSON HINE LLP
                                      Austin Landing I
                                      10050 Innovation Drive, Suite 400
                                      Dayton, Ohio  45342-4934
                                      Tel. (937) 443-6849
                                      Fax. (937) 443-6635
                                      Jennifer.Asbrock@ThompsonHine.com
                                      Eric.Clark@ThompsonHine.com

                                      *Attorneys for Mike-sell's Potato Chip Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2014, I electronically filed the foregoing Unopposed Motion for Extension with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which constitutes service upon the following registered CM/ECF user(s):

Usha Dheenan
Email: usha.dheenan@nlrb.gov
National Labor Relations Board
(NLRB) Appellate and Supreme Court Litigation Branch
1099 14th Street, NW
Washington, DC 20570-0001

Linda Dreeben, Deputy Associate General Counsel
Email: appellatecourt@nlrb.gov
National Labor Relations Board
(NLRB) Appellate and Supreme Court Litigation Branch
1099 14th Street, NW
Washington, DC 20570-0001

Elizabeth Ann Heaney, Esquire, Attorney
Email: Elizabeth.Heaney@nlrb.gov
National Labor Relations Board
(NLRB) Appellate and Supreme Court Litigation Branch
1099 14th Street, NW
Washington, DC 20570-0001

>*/s/ Eric S. Clark*
>Eric S. Clark